**No. 61000.**—Manca, Inc. *v.* United States, protest 281136–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of leatherette cases for microscopes and is in chief value of wood, the claim of the plaintiff was sustained.

**No. 61001.**—J. E. Bernard & Co., Inc. *v.* United States, protest 306873–K/8785 (Chicago).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, JULY 3, 1957

**No. 61002.**—Southern Export Company, Inc. *v.* United States, protest 199128–K (Mobile).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hot-rolled flat steel strips similar in all material respects to those involved in Abstract 58580, the claim of the plaintiff was sustained.

**No. 61003.**—Kurt Orban Co., Inc. *v.* United States, protests 199286–K, 199113–K, and 236956–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel in strips the same in all material respects as that involved in Abstract 58580, the claim of the plaintiff was sustained.